DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DARRIN RUDOLPH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2675

[January 26, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin Fein, Judge; L.T. Case No. 98-002632CF10B.

Darrin Rudolph, Doral, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***